**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**In Admiralty**

---

CLEAR SPRING PROPERTY AND CASUALTY COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO COVER NOTE NO. B0507RN2100289,

Plaintiffs,

-against-

TRITON MANAGEMENT LLC,

Defendant.

---

**Case No.:** 6:24-cv-00003

**ANSWER TO COMPLAINT**

Now comes the Defendant, TRITON MANAGEMENT LLC, ("Answering Defendant" or "TRITON") and interpose the following pleading as and for its Answer to Plaintiffs' Complaint in this matter.

**JURISDICTION AND VENUE**

1. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "1" of the Complaint and refers all questions of law to the Court.

2. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "2" of the Complaint and refers all questions of law to the Court.

3. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "3" of the Complaint and refers all questions of law to the Court.

4. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "4" of the Complaint

5. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "5" of the Complaint and refers all questions of law to the Court.

**PARTIES**

6. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "6" of the Complaint

7. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "7" of the Complaint

8. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "8" of the Complaint.

9. Admit.

10. Admit.

11. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "11" of the Complaint.

12. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "12" of the Complaint and refers all questions of law to the Court.

13. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "13" of the Complaint

14. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "14" of the Complaint

15. Admit.

16. Admit.

**COUNT I- LATE NOTICE**

17. Defendant realleges and incorporates the responses of paragraphs "1" through 16," above.

18. Admit.

19. Admit.

20. Admit.

21. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "21" of the Complaint and refers all questions of law to the Court.

22. Deny.

23. Admit.

24. Deny.

25. Defendant denies knowledge and information sufficient to form a belief as to the allegations in Paragraph "25" of the Complaint and refers all questions of law to the Court.

26. Deny.

**JURY DEMAND**

Defendant requests a jury on all issues so triable.

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the Statute of Frauds.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the Statute of Limitations.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the Statute of Repose.

**FIFTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the doctrine of equitable estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred by the doctrine of collateral estoppel.

**NINTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery as they have failed to satisfy a necessary jurisdictional prerequisite.

**TENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery by the doctrine of waiver.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery as they have failed to comply with the rules and regulations of the State of New York pertaining to insurance coverage.

Dated: March 20, 2024
Garden City, New York

SCHWARTZ, CONROY & HACK, PC
*Counsel for Defendant*

*Michail Z. Hack*

Michail Z. Hack, Esq.
666 Old Country Road, 9th Floor
Garden City, New York 11530
(516) 745-1122
(516) 745-0844 fax
mzh@schlawpc.com

TO:

DAVANTLAW,P.A.
*Counsel for Plaintiff*
12 Southeast 7th Street, Suite 601
Fort Lauderdale, FL 33301
(954) 414-0400